

Exponent
525 W. Monroe Street
Suite 1050
Chicago, IL 60661

telephone 312-999-4200
facsimile 312-999-4299
www.exponent.com

November 2, 2020

Via email:    eddyn@nicklauslaw.com

Edward A. Nicklaus Esq.
Nicklaus & Associates, P.A.
4651 Ponce de Leon Boulevard
Suite 200
Coral Gables, Florida 33146

Subject:   Bove v. XPO Express, et al.
            Exponent Project No. 2006484.000

Dear Mr. Nicklaus:

I am writing to summarize the work undertaken by Exponent, Inc. in connection with
human factors issues in the above-referenced case and the conclusions reached on the
basis of work to date.

I received a Bachelor of Science Degree in engineering psychology from and performed
Honors research in engineering psychology and human factors at Tufts University. I hold
a Masters and a Ph.D. in psychology from the Human Factors and Applied Cognition
Program from George Mason University. I am a Principal Scientist at Exponent and a
member of the Human Factors Practice, where I regularly address how the capabilities
and limitations of people interact with the products, equipment, and systems in their
environment, and how this interaction affects safety.

My work routinely relates to the analysis and evaluation of human behavior and
performance, including issues as to visibility, perception-reaction, the science of risk
communication and warnings, attention and control, nighttime and low light perception
and vision, and accident avoidance. I have investigated safety issues related to the
interaction between human perception, behavior, and environmental conditions. I am
actively engaged in research relating to human perception, cognition, and behavior as
well as driver behavior. I have published papers and presented at conferences related to
human factors issues, including vehicle operator behavior, perceptual information
processing, and the effects of interruptions and distractions on performance. I am a

Edward A. Nicklaus Esq.
November 2, 2020
Page 2

member of the Human Factors and Ergonomics Society and SAE International (formerly the Society of Automotive Engineering).

A copy of my resume is attached (Appendix A). A list of the materials I have reviewed to date is also included (Appendix B). In many cases, direct citations are provided in footnotes in the text; however, these footnotes are not necessarily my sole basis for the associated statements. After reviewing the various available materials, I have the following opinions held to a reasonable degree of scientific certainty:

**Incident Description**

On November 13, 2018, Ms. Kimberly Sanders (DOB:11/20/1973) was driving a white 2019 Volvo truck (VIN: 4V4NC9EH9KN196191) with a 53' 2016 WABA trailer (VIN: 1JJV532D7GL949604) attached, in the outside [right] lane northbound on the Florida Turnpike (State Road 91) in West Palm Beach, Florida.[1] Also in the right lane, Mr. Scott Thomas Mascio (DOB: 09/17/1980) was driving a white 1999 Ford F250 pickup truck (VIN: 1FTNF20L0XEC63001), with just one working taillight on the passenger side.[2] Mr. Mascio's truck bed was loaded with wooden planks or lumber.[3] Ahead of Mr. Mascio, in the same lane, Mr. Stephen Marshall Bove (DOB: 01/08/1990) was driving a blue 2018 Kia Soul (VIN: KNDJP3A58J7597130).[4] Ahead of Mr. Bove, in the right lane, Mr. John Joseph Mascetta (DOB: 07/13/1968) was driving a silver 2011 Ford F150 pickup truck (VIN: 1FTMF1CM9BKD70133).[5] Behind Ms. Sanders, in the same lane, Ms. Ashley Atkinson Gil (DOB: 10/27/1986) was driving a black 2015 Toyota RAV4 (VIN: 5TDKKRFH5FS073309).[6] At approximately 2:33 p.m. near mile marker 104, traffic in the right lane appeared to come to a sudden stop resulting in Ms. Sanders' vehicle colliding with the rear of Mr. Mascio's vehicle.[7] As a result, Mr. Mascio's vehicle moved forward and collided with Mr. Bove's vehicle.[8] Subsequently, Mr. Bove's vehicle pushed forward and collided with Mr. Mascetta's vehicle.[9] In response to Ms. Sanders' vehicle, Ms. Gil, who was positioned behind Ms. Sanders just prior to the

---

[1] Florida Traffic Crash Report (FTCR) pp. 1, 3, 5; Complaint p. 2

[2] FTCR pp. 2, 4, 5; Complaint p. 3; Ms. Sanders Dashcam Video (Dashcam Video) 15:27:45, 15:27:41-15:27:46

[3] Dashcam Video 15:27:45, 15:27:41-15:27:46

[4] FTCR pp. 1, 4, 5; Complaint pp. 1, 3

[5] FTCR pp. 1, 4, 5; Complaint p. 3

[6] FTCR pp. 3, 4, 5

[7] FTCR pp. 1, 5; Complaint p. 3

[8] FTCR p. 5; Complaint p. 3

[9] *Ibid.*

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 3

incident, swerved onto the right shoulder and into the grassy area on the side of the roadway, resulting in a collision with the cable guardrail.[10]

**Area of Incident and Conditions**

The weather on November 3, 2018 at approximately 2:33 p.m. in West Palm Beach, Florida was 79 degrees and mostly cloudy with light rain and thunder.[11] It was daylight at the time of the incident.[12] The surface of the roadway in the area of the incident was wet from rainfall.[13] The speed limit in the area of the incident was 70 mph.[14] The roadway in the area of the incident is a four lane divided highway that is straight, flat, and marked with a broken white line separating the two northbound lanes (See Figure 1).[15] A solid yellow line separates the travel lane and shoulder on the westbound side and a solid white lines separates the travel lane and shoulder on the eastbound side.[16] The edge of the roadway on the eastbound side is lined with a guardrail, followed by a grassy area and an additional cable guardrail.[17]

---

[10] FTCR p. 5; Complaint p. 3

[11] www.wunderground.com; Dashcam Video

[12] FTCR p. 1

[13] FTCR p. 1; Dashcam Video 15:27:44

[14] FTCR pp. 1, 2, 3

[15] FTCR pp. 1, 2, 3; Google Earth; Dashcam Video 15:27:44

[16] Google Earth; Dashcam Video 15:27:44

[17] *Ibid.*

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 4





**Figure 1.** Google Earth Street View (top) and Screen Capture from Dashcam Video (bottom) of Incident Roadway

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 5

**Police Investigation**

The Florida Traffic Crash Report (FTCR) concluded that none of the drivers involved in the incident were distracted, including Ms. Sanders.[18] Additionally, the FTCR indicated that Ms. Sanders' vision was obstructed due to inclement weather.[19] The diagram included in the FTCR (Figure 2) represents the point of impact for each vehicle involved in the incident as well as each vehicle's final resting location following the sequence of collisions.[20] Ms. Sanders' vehicle is represented by V01, Mr. Mascio's vehicle is represented by V02, Mr. Bove's vehicle is represented by V03, Mr. Mascetta's vehicle is represented by V04, and Ms. Gil's vehicle is represented by V05.[21]



**Figure 2.** Police Incident Diagram[22]

---

[18] FTCR p. 4

[19] *Ibid.*

[20] FTCR p. 6

[21] FTCR pp. 1, 2, 3, 4, 6

[22] FTCR p. 6

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 6


**Witness Accounts**

*Ms. Kimberly Sanders*

Ms. Sanders had been driving for nine years prior to the incident and completed her training in Florida.[23] On the day of the incident, Ms. Sanders believes she started driving around 10:00 a.m.[24] Prior to beginning her shift, Ms. Sanders stated that she was probably asleep.[25] According to Ms. Sanders, their load was picked up from Lithia Springs, Georgia and dropped off at Amazon in Miami, Florida.[26] Ms. Sanders confirmed that her headlights were on while she was driving and that she was looking forward in the 15 to 20 seconds prior to colliding with the vehicle in front of her.[27] Although Ms. Sanders does not remember exactly how fast she was driving at the time of the incident, she stated that she would have been driving below the 70 mph speed limit because the roads were wet from rain.[28] According to Ms. Sanders, the spray from the wet roadway had an impact on her ability to see the truck with wooden planks in front of her, in addition to the sunshine making it difficult to see with spray.[29] Ms. Sanders added that, "lighter color vehicle[s] are harder to see in the rain especially if their lights aren't on."[30] She remembers checking her mirrors and that there was a little truck beside her, which is why she did not go into the left lane when she saw the truck in front of her.[31] In the five seconds prior to the collision, Ms. Sanders stated that she checked the shoulder and saw a truck sitting there, which is why she only had one option; that being to try and stop before hitting the vehicle in front of her.[32] In terms of how close she was to the vehicle directly in front of her in the few miles leading up to the incident, she stated she was never too close and that there was probably four to six truck lengths between herself and that car.[33] When characterizing the number of seconds she was behind that vehicle, Ms. Sanders stated that she was maybe six to seven seconds behind and that she tries to stay as far away from a car as possible, especially when it rains.[34] Ms. Sanders thinks she could

---

[23] Answer to Questionnaire document p. 2

[24] Answer to Questionnaire document p. 1

[25] Answer to Questionnaire document p. 2

[26] *Ibid.*

[27] Answer to Questionnaire document p. 3

[28] Answer to Questionnaire document p. 2

[29] Answer to Questionnaire document p. 4

[30] *Ibid.*

[31] Answer to Questionnaire document p. 3

[32] Answer to Questionnaire document pp. 3-4

[33] Answer to Questionnaire document p. 5

[34] *Ibid.*

Edward A. Nicklaus Esq.
November 2, 2020
Page 7

have stopped before the collision had the roadway not been wet and her truck not been empty.[35]

*Mr. Stephen Bove*

Mr. Bove testified that he was traveling northbound in the right lane on the Florida Turnpike on his way to work at the time of the incident.[36] Mr. Bove indicated that he was driving his new 2018 Kia Soul and that his vehicle's headlights and taillights were in working order at the time of the incident.[37] Mr. Bove stated that the sun was out, but it was lightly raining and he had his windshield wipers on.[38] Mr. Bove testified that prior to the incident, he was following the vehicle in front of him when he saw that vehicle's lights turn on.[39] He also indicated that the vehicle in front of him gradually slowed down for about a minute prior to coming to a stop.[40] Mr. Bove indicated that this stop and go flow of traffic was normal for the Florida Turnpike in the afternoon.[41] According to his testimony, while Mr. Bove was slowing down, he checked his mirrors and saw the vehicles behind him slowing down.[42] After slowing his vehicle, Mr. Bove indicated that the vehicle in front of him came to a complete stop.[43] In response, Mr. Bove testified that he brought his vehicle to a brief stop and does not remember if the vehicle behind him stopped.[44] After stopping his vehicle, Mr. Bove stated that he was then hit after a few moments – or approximately four to five seconds later.[45] He indicated that his vehicle was hit from behind, which forced his vehicle into the vehicle in front of him.[46] Mr. Bove testified that he did not have a chance to avoid the incident.[47]

**Dashcam Video of Subject Incident**

Ms. Sanders' 2019 Volvo truck was equipped with dashcam video surveillance that was recording on the day of the incident. Rainy and wet conditions are apparent throughout the dashcam's three minutes of recording. Traffic flow appears constant in the first 50 seconds of the video with Ms. Sanders traveling at a consistent speed while two vehicles

---

[35] Answer to Questionnaire document pp. 5, 6

[36] Deposition of Stephen Bove (Bove) pp. 64, 72, 185, 187, 188

[37] Bove pp. 67, 74, 75, 187

[38] Bove pp. 65, 70, 75, 187-188

[39] Bove p. 70

[40] Bove p. 72

[41] *Ibid.*

[42] Bove pp. 70, 71, 188

[43] Bove pp. 185, 188

[44] Bove pp. 71, 72, 188

[45] Bove pp. 71, 73, 77, 188, 189, 189-190

[46] Bove pp. 73, 77, 189, 190

[47] Bove pp. 76-77

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 8

pass her in the left lane prior to the collision. At the approximate timestamp of 15:27:40, Ms. Sanders exclaims, "Shit" several times in response to the slowing traffic ahead.[48] At approximately 15:27:41, the pickup truck in front of her can be seen in the video with only its rear passenger-side taillight illuminated (See Figure 3).[49] Approximately five seconds later, Ms. Sanders' Volvo truck collides with the rear of Mr. Mascio's white Ford F250, which had wooden planks loaded in its truck bed.[50] At 15:27:48, Ms. Atkinson Gil's black Toyota RAV4 can be seen driving through the grassy area east of the Florida Turnpike and comes to a stop at approximately 15:27:52.



**Figure 3.** Screen Capture from Dashcam Video at 15:27:41 of Leading Truck with Only Passenger-side Taillight Illuminated (blue square).

**Summary of Plaintiff's Expert Daniel Melcher P.E.'s Preliminary Accident Reconstruction Report**

Mr. Daniel J. Melcher, P.E. provided a preliminary vehicle collision reconstruction report on the subject incident. According to Mr. Melcher's analysis of the dashcam video, Ms.

---

[48] Dashcam Video 15:27:40

[49] Dashcam Video 15:27:41

[50] Dashcam Video 15:27:46

Edward A. Nicklaus Esq.
November 2, 2020
Page 9

Sanders had a travel speed of approximately 70 mph at the start of the video and at approximately 18 seconds prior to impact, slowed to approximately 68 mph.[51] At approximately 8.2 seconds prior to impact, Mr. Melcher concluded that Ms. Sanders reduced her vehicle speed from 68 mph to approximately 58 mph, which is consistent with mild braking.[52] Additionally, Mr. Melcher's report states that at approximately 4.8 seconds prior to impact, Ms. Sanders started slowing at an even greater rate and reduced her vehicle's speed from 58 mph to an approximate impact speed of 18 mph with Mr. Mascio's stationary F250.[53] Mr. Melcher holds the opinions that the Volvo driver [Ms. Sanders] "failed to keep an adequate lookout, failed to adequately adjust her speed for the prevailing weather and traffic conditions, failed to adequately control her following distance, and failed to maintain sufficient assured clear space ahead of her on the roadway."[54]

**Summary of Defendant's Expert Thomas Vadnais, P.E.'s Preliminary Accident Reconstruction Report**

Mr. Thomas H. Vadnais, P.E. provided a preliminary report on the subject incident. According to Mr. Vadnais' analysis of Mr. Melcher's report, Ms. Sanders gradually slowed from 68 mph to 58 mph over a period of 3.4 seconds, which was 8.2 seconds prior to impact.[55] Mr. Vadnais' analysis concluded that Ms. Sanders' tractor trailer would have had a deceleration rate averaging 12.2 ft/sec$^2$ from the time she began slowing from 58 mph to an impact speed of approximately 18 mph over the course of 4.8 seconds.[56] According to Mr. Vadnais, Ms. Sanders needed another 29 feet in 2.2 seconds to have come to a complete stop.[57] Additionally, Mr. Vadnais holds the opinion that if the vehicle in front of Ms. Sanders had the required brake lights working properly, Ms. Sanders would have gotten more notice and could have slowed to a slower speed, or even stopped and avoided impact with Mr. Mascio's truck.[58] Mr. Vadnais also indicates that it would have been difficult for Mr. Sanders to discern whether the flatbed vehicle [Mr. Mascio's] was moving, slowing, rapidly slowing, or stopped, due to the state of the rear taillights and the wet road spray.[59]

---

[51] Preliminary Expert Report of Daniel J. Melcher, P.E. (Melcher Preliminary Report) p. 7

[52] *Ibid.* Melcher Preliminary Report p. 7

[53] *Ibid.*

[54] Melcher Preliminary Report p. 3

[55] Preliminary Expert Report of Thomas H. Vadnais, P.E. (Vadnais Preliminary Report) p. 2

[56] Vadnais Preliminary Report p. 2

[57] *Ibid.*

[58] Vadnais Preliminary Report p. 3

[59] Vadnais Preliminary Report p. 2

Edward A. Nicklaus Esq.
November 2, 2020
Page 10

**Human Factors Analysis**

To evaluate the subject incident from a human factors perspective, I present scientific literature relevant to the impact of adverse weather conditions on driver behavior, driver visual behavior, and perception response time. Finally in consideration of these findings, I summarize my analysis of the subject incident.

*Adverse Weather Conditions*

Adverse weather conditions, such as rain, are associated with an increased crash risk, due in part to reduced visibility of hazards to a driver. For police-reported crashes between 2010 and 2014 in the United States, adverse weather conditions and/or roadway surface conditions represented 21% of all crashes, 18.5% of all injuries, and 15.6% of all fatalities.[60] Additionally, 9.2% of all police-reported crashes that did not occur in clear weather, occurred in rain during this five-year period.[61] These figures are consistent with research that has shown that wet weather increases the frequency of all accident types, including rear-end collisions.[62] There are several ways in which rainy conditions can impact driver response to objects, events, or hazards in the roadway. Rainy conditions have been found to reduce visibility conditions due to droplets in the atmosphere, which causes light to be scattered, reducing the contrast of objects in the environment.[63] Additionally, visibility can be negatively impacted by the presence of moisture on the windshield.[64] Moisture and dirt on the windshield can lead drivers to focus more on objects closer to the vehicle, resulting in more distant objects appearing out of focus or blurry.[65] This is also consistent with scientific literature that shows drivers fixate on visual cues in the roadway at shorter distances ahead of them in wet conditions than under clear conditions.[66] Another consideration is that visibility may also be reduced by glare produced by wet shining surfaces,[67] such as the roadway in front of the driver. Research has shown that the visibility effects of rain on the windshield, in the air, and on object's surfaces, contributes to increased reaction time to objects in the roadway when compared to driving without rain.[68] In addition to the general impact rain has on visibility, drivers under rainy conditions have been found to fixate longer on objects in

---

[60] Tefft, 2016

[61] *Ibid.*

[62] Satterthwaite, 1976

[63] Krauss, 2015

[64] Morris et al., 1977; Krauss, 2015

[65] Krauss, 2015; Owens, 1979; Zwahlen, 1980

[66] Zwahlen, 1980

[67] Brodsky & Hakkert, 1988

[68] Bernardin et al., 2014

Edward A. Nicklaus Esq.
November 2, 2020
Page 11

their view and need more time to process information while driving than drivers in clear conditions.[69]

Research indicates that the average speed of vehicles on a highway during light rainfall is reduced by approximately 3 mph, as compared to normal weather conditions.[70] The difference in time at which the front of a vehicle arrives at a point on the roadway and the time the front of the next vehicle arrives at the same point is referred to as time headway. Time headway in light rain has been shown to be an average of approximately two seconds, and increases slightly as compared to no rain conditions.[71] For example one study demonstrated that at highway speeds with no rain, 40% of drivers maintained a following distance of less than two seconds, whereas only 28% of drivers maintained this short headway in light rain conditions.[72] Although drivers generally take extra precautions during adverse weather conditions such as reducing their speed and increasing time headway, there is evidence that these adjustments are insufficient to completely offset hazards associated with rain, including reduced roadway friction and poorer visibility.[73]

The presence of a wet roadway is another aspect associated with rain that can lead to reduced visibility conditions. This can occur because rain can change visual aspects of the roadway.[74] Specifically, water on the surface of the roadway can make it appear darker and mirror-like.[75] Research has shown that during both daytime and nighttime conditions, a darker and mirror-like roadway can lead to a dazzling effect for the driver.[76] In addition to changing the look of the roadway itself, rain has also been shown to reduce the visibility of retroreflective road markings.[77] Furthermore, wet pavement has been shown to reflect light, whether from the sun during daytime, or headlights and streetlights during nighttime, resulting in glare, which can also impact driver visibility.[78] Under glare conditions, the ability of the driver to detect critical objects on the roadway is reduced especially for objects with marginal visibility – such as vehicles in the distance.[79]

*Driver Visual Behavior*

---

[69] Konstantopoulos et al., 2010

[70] Andrey et al., 2005

[71] Billot et al., 2009; Rahman & Lownes, 2012

[72] Billot et al., 2009

[73] Andrey et al., 2005

[74] Hautière et al., 2009; Krauss, 2015

[75] *Ibid.*

[76] *Ibid.*

[77] *Ibid.*

[78] Krauss, 2015

[79] *Ibid.*

2006484.000 – 2265

Edward A. Nicklaus Esq.
November 2, 2020
Page 12

When operating a motor vehicle, the human visual system provides the primary source of information to the driver, with estimates that up to 90% of information used for the driving task is captured through the eyes.[80] In order to perform the driving task, drivers use a variety of cues in the environment and must direct their gaze based on factors such as task-relevance, saliency, and the costs of missing relevant information.[81] For example, drivers direct their gaze to the road ahead, lane and road boundaries, other vehicles, mirrors, signs or signals on the roadway, as well as in-vehicle displays or devices. A driver's primary task in using the visual system when navigating the roadway is to maintain their lane position to avoid collision via anticipation of possible obstacles and/or hazards in the roadway.[82] In poor visibility conditions such as rain, the effectiveness of drivers' visual search decreases[83] and distance estimation worsens since certain distance cues are absent.[84] Research has suggested that the uncertainty experienced by drivers in visibility-reducing conditions makes them more tense and alert, which may reduce response time to hazards.[85]

*Perception Response Time*

The interval of time that elapses from the moment a hazard is able to be detected by the driver to when the driver initiates a response is called perception response time (PRT).[86] The PRT interval is typically broken down into four stages: detection, identification, decision, and response.[87] The detection interval starts when the hazard enters the driver's field of view. Once the hazard is available to be detected, the driver must identify what the hazard is before moving on to determine the appropriate course of action that may be needed to avoid it. Typically, the initial driver response to a roadway hazard is to either initiate a steering input or to release the throttle.[88] If the hazard presents a crash-imminent situation, the driver's response may include both braking and steering.[89] Once the driver has decided their course of action, a response must be initiated, ending the PRT interval. Overall, depending on several factors, scientific literature has shown that PRTs can range from one second (for a highly visible, expected hazard) to five seconds or more (for an unexpected, less conspicuous hazard).[90]

---

[80] Krauss, 2015

[81] e.g. Horrey et al., 2006

[82] Dewar & Olson, 2007

[83] Konstantopoulos et al., 2010

[84] Dewar & Olson, 2007

[85] *Ibid.*

[86] Krauss, 2015

[87] *Ibid.*

[88] Mazzae et al., 2003

[89] e.g., Mazzae et al., 2003

[90] Krauss, 2015

Edward A. Nicklaus Esq.
November 2, 2020
Page 13

There are several factors that can impact PRT, two of which include conspicuity and expectancy.[91] Conspicuity, defined as the ability for a given object or condition to be readily observable, has been found to greatly impact the ability of a driver to detect said object or condition. For example, research has shown that driver PRT is shorter in response to a yellow foam rubber obstacle[92] than in response to what may appear as a dark-clothed stationary pedestrian at night.[93] In fact, generally, research has shown longer PRTs in response to low conspicuity hazards, such as under nighttime conditions.[94] Adverse weather conditions, such as the presence of rain can also create conditions of low conspicuity. Specifically, adverse weather conditions can result in drivers needing more time to process information and reduce their ability to identify a hazard, decreasing the effectiveness of drivers' visual search.[95]

Consistent with low conspicuity, violations of driver expectations can result in delays or failures in detections. Research has shown that driver PRT can increase by as much as a factor of two when encountering an unexpected obstacle.[96] Further, literature suggests that when confronted with an unexpected obstacle under daytime conditions in the roadway ahead of the driver, an alert and attentive driver will initiate a braking response within approximately 1.0 to 1.5 seconds,[97] however in situations where drivers are reacting to lower conspicuity, unexpected hazards, or are driving during nighttime conditions, PRTs are more difficult to quantify and can be anywhere from 1.5 seconds up to 2.5 seconds.[98] Furthermore, as mentioned above, inclement weather conditions and rain specifically, have been associated with delays in drivers' PRTs.[99] There are certain expectations drivers uphold, including the concept of continuity, which suggests that events in the past will be repeated.[100] For example, drivers tend to maintain shorter distances between themselves and the vehicle ahead because they expect that this vehicle will not suddenly slow down or stop.[101] When these expectancies are violated, there is an increase in driver PRT.[102] Another example that may interfere with continuity or a driver's expectancies, includes one or more brake lights not working, which in turn may

---

[91] Krauss, 2015

[92] Olson & Sivak, 1986

[93] Summala, 1981a

[94] Muttart, 2005; Summala, 1981b; Triggs & Harris, 1982

[95] Krauss, 2015; Konstantopoulos et al., 2010

[96] Green, 2000

[97] Olson & Sivak, 1986; Fambro et al., 1998

[98] Krauss et al., 2012; Olson & Sivak, 1986

[99] Krauss, 2015; Konstantopoulos et al., 2010

[100] Dewar & Olson, 2007

[101] *Ibid.*

[102] *Ibid.*

Edward A. Nicklaus Esq.
November 2, 2020
Page 14

lead to increased PRT. Research has suggested longer reaction times by as much as one or two seconds when the slowing of a lead car has inoperative brake lights.[103]

**Analysis of Subject Incident**

At the time of this incident, the roadway was wet, and Ms. Sanders had her windshield wipers on.[104] As indicated above, scientific literature on the impact of rainy conditions shows that the presence of rain reduces visibility and can reduce the contrast of objects in the environment.[105] Additionally, moisture on the windshield can lead drivers to focus more on objects closer to the vehicle, resulting in more distant objects appearing out of focus or blurry.[106] Drivers exposed to rainy conditions have also been shown to require more time to process information while driving than drivers under clear conditions.[107] Furthermore, scientific research shows that the presence of a wet roadway can lead to reduced visibility conditions. For example, wet roadways have been shown to appear darker and mirror-like, which can lead to a dazzling effect or glare (especially in the presence of direct light, like sunlight), which can impact a driver's ability to see the roadway in front of them.[108] Taken together, the scientific literature suggests that the presence of rain and a wet roadway with sunlight shining on it can reduce the ability of a driver in Ms. Sanders' position to perceive and react to a slowing vehicle in the roadway such as Mr. Mascio's. Additionally, Ms. Sander's view to vehicles in front of Mr. Mascio would have been obstructed by Mr. Mascio's vehicle.

Additionally, the incident dashcam video shows that Mr. Mascio's vehicle only had one working taillight on the passenger side at the time of the incident.[109] As described above, drivers responding to aberrant or unexpected stimuli take longer to do so and specifically, increased response times have been observed in drivers presented with improperly working taillights on other vehicles.[110] The presence of both taillights, rather than the one available would have provided Ms. Sanders with additional information to support her ability to perceive and react to Mr. Mascio's vehicle.

According to the police report, the speed limit in the area of the incident was 70 mph.[111] Mr. Vadnais' analysis of Mr. Melcher's report indicates Ms. Sanders was traveling

---

[103] Green, 2000; Summala et al., 1998

[104] FTCR p. 1; Dashcam Video 15:27:44; Answer to Questionnaire document p. 3

[105] Krauss, 2015

[106] Krauss, 2015; Owens, 1979; Zwahlen, 1980

[107] Konstantopoulos et al., 2010; Bernadin et al., 2014

[108] Hautière et al., 2009; Krauss, 2015

[109] Dashcam Video 15:27:41-15:27:46

[110] Green, 2000; Summala et al., 1998

[111] FTCR pp. 1, 2, 3

Edward A. Nicklaus Esq.
November 2, 2020
Page 15

approximately 68 mph approximately 18 seconds prior to the collision.[112] Based on the
reports by Mr. Vadnais and Mr. Melcher, and the dashcam video footage, Ms. Sanders
was traveling below the speed limit, and slower than some other traffic on the road,
having been passed by two vehicles in the left lane in the approximate 55 seconds before
the collision.[113] Ms. Sanders' time headway behind Mr. Mascio's vehicle was
approximately 10 seconds at the point when the vehicle that had been in front of Ms.
Sanders moved into the left lane, longer than what drivers maintain on average in rainy
conditions.[114] Ms. Sanders driving below the speed limit and leaving a time headway
longer than what has been shown in the research indicates compensatory behavior
consistent with what drivers do in the wet conditions and is consistent with Ms. Sanders'
description of the incident.

According to the Mr. Vadnais analysis of Mr. Melcher's report, Ms. Sanders responded
to Mr. Mascio's vehicle by first decelerating slowly 8.2 seconds prior to impact, then
more rapidly 4.8 seconds prior to impact.[115] Additionally, approximately 5 seconds prior
to impact, Ms. Sanders provided her first verbal response to Mr. Mascio's truck.[116] The
dashcam video also shows that Ms. Sanders responded verbally to Mr. Mascio's vehicle
just prior to Mr. Mascio's passenger side brake light illuminating.[117] Taken together, this
suggests that, despite adverse weather conditions, Ms. Sanders was responding to the
slower speed of the vehicle in front of her and not the single brake light. Despite the
difficulties drivers have in detecting and reacting to objects under wet conditions and
with one as opposed to two taillights, Ms. Sanders was able to do so. That Ms. Sanders
was able to respond as she did, despite the unexpected nature of the hazard and that the
vehicle in front of her only had one taillight, supports Ms. Sanders being alert and
attentive at the time of the incident.

**Summary of Opinions and Conclusions**

In summary, the opinions in this report are stated to a reasonable degree of scientific
certainty and include the following:

- The conditions present at the time of the incident may have reduced the ability of
  a driver in the position Ms. Sanders to perceive and react in time to avoid the
  subject incident.
- Ms. Sanders' behavior in reacting to the stopping vehicles was consistent with an
  alert and attentive driver.

---

[112] Vadnais Preliminary Report p. 2; Melcher Preliminary Report p. 7

[113] Dashcam Video 15:26:51-15:27:46

[114] Billot et al., 2009; Rahman & Lownes, 2012; Dashcam Video 15:27:35; 15:27:46

[115] Vadnais Preliminary Report p. 2; Melcher Preliminary Report p. 7

[116] Dashcam Video 15:27:40

[117] Dashcam Video 15:27:40; 15:27:41

Edward A. Nicklaus Esq.
November 2, 2020
Page 16


This report summarizes work performed to date and presents the findings resulting from that work. The findings presented herein are made to a reasonable degree of scientific certainty. I reserve the right to supplement this report and to expand, modify, or amplify my opinions based on review of material as it becomes available through ongoing discovery and through any additional work or review of additional work performed by others. If required to testify, I plan to use exhibits created from the materials and analyses referenced in this report to help illustrate the opinions presented herein.

If you have any questions or require additional information, please do not hesitate to contact me at (312) 999-4212 or dcades@exponent.com.


Sincerely,


David M. Cades, Ph.D.
Principal Scientist

Appendices (3)

Edward A. Nicklaus Esq.
November 2, 2020
Page 17

**Demonstrative Exhibits for Deposition and Trial**

At this time, I have not completed preparation of final exhibits for deposition or trial. If needed, I expect that the exhibits may include, but not be limited to, my report and the materials listed in the body and/or provided in the attached appendices, photographs, videos, and results from my analysis described above. Additional demonstrative exhibits may be prepared when necessary to adequately illustrate and explain the technical details of the analysis, findings, or opinions to the jury.

Exponent bills my time for all work performed in 2020 at $380/hour. A copy of my current curriculum vitae is provided in Appendix A.

## Appendix A

**Curriculum Vitae of
David M. Cades, Ph.D.**

2006484.000 – 2265



## David M. Cades, Ph.D.

Principal Scientist | Human Factors
525 W. Monroe St., Suite 1050 | Chicago, IL 60661
(312) 999-4212 tel | dcades@exponent.com

## Professional Profile

Dr. Cades specializes in human factors investigations of vehicle and aircraft operator behavior, including perception response time, visual perception, nighttime visibility, and distractions and has investigated the effects of advanced driver assistance systems (ADAS) and highly automated vehicles (HAVs) on driver behavior. He also has expertise in the evaluation and development of warnings and instructions for a wide range of consumer and industrial products. He utilizes his background in human factors and usability testing to support his work in these areas. He received his Ph.D. in Human Factors and Applied Cognition from George Mason University in 2011.

At Exponent, Dr. Cades has investigated vehicle operator behavior of automobiles, commercial trucks, bicycles, motorcycles, and aircraft. He has evaluated the adequacy of warnings on products and in their manuals and he has applied his experience to projects involving safety- and health- related user behaviors of industrial equipment, kitchen appliances, video game entertainment systems, consumer electronics, sports and recreation equipment, home theater products, and personal protective equipment.

Dr. Cades has expertise in the testing and analysis of how interruptions and distractions affect performance. He has investigated the negative effects of distractions in environments, including, but not limited to, driving, aviation, healthcare, offices, and classrooms. He has applied this knowledge to see how distractions can cause errors that lead to accidents. With respect to aviation, specifically, he has collected over forty hours of data from airline pilots performing safety critical flight tasks with interruptions and distractions. Dr. Cades has performed on-road evaluation of ADAS including auto-braking, collision mitigation and warning, blind spot indication, and lane departure warning.

Dr. Cades also has expertise in evaluating and designing graphical user interfaces including devices for use in automobiles and aircraft. He has previously been employed in the field of usability and user experience digital product design. He has investigated the effects of manual and voice-activated infotainment devices in automobiles. He also designed a dashboard display to assist drivers in maintaining safe speeds while driving in adverse conditions and explored how aging and glare affect people's driving ability. For commercial aircraft, he has worked with pilots, air traffic controllers, and airline operations in support of FAA's NextGen initiative.

In Dr. Cades's graduate work, he has utilized and presented on various statistical methods and has authored papers on driver behavior with respect to in-vehicle displays and devices, flight deck performance with novel systems and interruptions, the effects of glare on human vision, how attributes of interruptions affect task performance, ways to improve how people handle distractions, interruptions' effects in different environments, and various statistical approaches for predicting and understanding research outcomes.

## Academic Credentials & Professional Honors

Ph.D., Psychology, George Mason University, 2011

M.A., Psychology, George Mason University, 2007

B.S., Human Factors, Tufts University, summa cum laude with high honors, 2003

New Investigator Award from APA Division of Experimental Psychology (Division 3), 2012

NASA Graduate Student Researchers Program grant $30,000 annual, 2008-2011

North American Finalist for Enhanced Safety of Vehicles automotive design competition, 2009

Recipient of the Deflorez Prize in Human Engineering, 2003

## Licenses and Certifications

PADI Certified Open Water Scuba Diver

## Prior Experience

User Experience Consultant, User Centric, 2010

Research Assistant, Lighthouse International, 2003-2005

Usability Engineering Intern, American Institutes for Research, 2002-2003

Human Factors Intern, Electronic Ink, 2001

Human Factors Intern, Verizon Laboratories, 2000-2001

## Professional Affiliations

Human Factors and Ergonomics Society 2001-present

- Computational Modeling Technical Group
- Cognitive Engineering Technical Group
- Aerospace Technical Group
- Surface Transportation Technical Group
- Product Design Technical Group

Society of Automotive Engineering 2011-present

- Voting member of Safety and Human Factors Steering Committee 2015-present

George Mason Human Factors and Ergonomics Society Student Chapter 2005-2011

- President 2006-2007

Human Factors and Ergonomics Society Potomac Chapter Fall 2006-2011

American Psychological Association 2006-present

- Division 21 - Applied Experimental and Engineering Psychology

Usability Professionals Association 2006-2011

Association for Psychological Science 2006-2011

Cognitive Science Society 2008-2011

## Publications

Krake A, Jonas R, Hoyos C, Crump C, Lester B, Cades D, Harrington R. Effects of Training on Learning and Use of an Adaptive Cruise Control System. SAE Technical Paper 2020-01-1033, 2020, doi: 10.4271/2020-01-1033.

Hoyos C, Lester BD, Crump C, Cades DM, Young, D. 2018.  Consumer perceptions, understanding, and expectations of Advanced Driver Assistance Systems (ADAS) and vehicle automation. In Proceedings of the Human Factors and Ergonomics Society Annual Meeting 2018 Sept; 62(1):1888-1892, Sage CA: Los Angeles, CA: SAGE Publications.

Moorman HG, Niles A, Crump C, Krake A, Lester BD, Milan L, Cloninger C, Cades DM, Young D. Lane-keeping behavior and cognitive load with use of lane departure warning. SAE Technical Paper 2017-01-1407, 2017, doi:10.4271/2017-01-1407.

Crump C, Krake A, Lester BD, Moorman HG, Cades DM, Young D. Driver behavior with passive and active vehicle safety system. Proceedings of the Transportation Review Board 2017 Annual Meeting.

Cades DM, Crump C, Lester BD, Reed S, Barakat B, Milan L, Young D. Differing perceptions of advanced driver assistance systems (ADAS). Proceedings of the Human Factors and Ergonomics Society Annual Meeting 2016 Sept; 58(1):265-269.

Kim R, Lester BD, Schwark J, Cades DM, Hashish R, Moorman H,  Young, D.  Gaze behavior during curb approach: The effect of mobile device use. Proceedings of the Human Factors and Ergonomics Society Annual Meeting 2016 Sept; 60(1):1580-1584.

Cades DM, Crump C, Lester BD, Young D. Driver distraction and advanced vehicle assistive systems (ADAS): Investigating effects on driver behavior. 7th International Conference on Applied Human Factors and Ergonomics (AHFE 2016) and Affiliated Conferences; 4th International Conference on Human Factors in Transportation. 2016.

Foroughi CK, Werner NE, McKendrick R, Cades DM, Boehm-Davis DA. Individual differences in working memory capacity and task resumption following interruptions. Journal of Experimental Psychology: Learning, Memory, and Cognition Advance online publication. http://dx.doi.org/10.1037/xlm0000251. 2016, February 15.

Barakat B, Crump C, Cades D, Rauschenberger R, Schwark J, Hildebrand E, Young D. Eye tracking evaluation of driver visual behavior with a forward collision warning and mitigation system. Proceedings, Human Factors and Ergonomics Society Annual Meeting 2015 Sept; 59(1):1321-1325.

Krauss D, Cades D Dewar R. Driver Distraction. In: Forensic Aspects of Driver Perception and Response. 4th Edition. Krauss D (ed), Tucson, AZ: Lawyers and Judges Publishing Company, Inc., 2015.

Cades D, Kim R, Krauss D. In-vehicle technology and the driver. In: Forensic Aspects of Driver Perception and Response. 4th Edition. Krauss D (ed), Tucson, AZ: Lawyers and Judges Publishing Company, Inc., 2015.

Crump C, Cades D, Rauschenberger R, Hildebrand E, et al. Driver reactions in a vehicle with collision warning and mitigation technology. SAE Technical Paper 2015-01-1411, 2015. doi:10.4271/2015-01-1411.

Werner NE, Cades DM, Boehm-Davis DA. Multitasking and interrupted task performance. In: The Wiley Handbook of Psychology, Technology, and Society. Rosen LD, Cheever NA, Carrier LM (eds), John Wiley & Sons, Lrd, Chichester, UK, March 2015; ch22, 436-452. doi:http://onlinelibrary.wiley.com/doi/10.1002/9781118771952.ch22/summary

Crump C, Cades D, Rauschenberger R, Hildebrand EA, Young DE. Dynamic on-road method for evaluation of Advanced Driver Assistance System (ADAS). Proceedings, 3rd Annual World Conference of the Society for Industrial and Systems Engineering, pp. 77-81, San Antonio, TX, October 20-22, 2014. ISBN: 97819384960-2-8.

Perlmutter, S, Cades DM, Heller, MF, Giachetti, RS, Sala JB, Arndt, SA. Effects of mobile technology use on walking. Proceedings, 58th Human Factors and Ergonomics Society Annual Meeting, 2014.

Quartuccio, J, Franz S, Gonzalez, C, Kenner, NM, Cades DM, Sala JB, Arndt, SA, McKnight, PE. Seeing is believing: The use of data visualization to identify trends for cycling safety. Proceedings, 58th Human Factors and Ergonomics Society Annual Meeting, 2014.

Khan FS, Krauss DA, Alper SJ, Droll J, Arndt SR, Lakhiani SD, Cades DM. Do people heed warnings at gas stations? Proceedings, 2nd Annual World Conference of the Society for Industrial and Systems Engineering, pp. 114-117, Las Vegas, NV, November 5-7, 2013. ISBN: 97819384960-1-1.

Cades DM, Young D, Glazek, K, Nauhaus, G, Alper S. Motorcoach seat belt use rates in the United States. Proceedings, 2nd Annual World Conference of the Society for Industrial and Systems Engineering, pp. 283-288, ISBN: 97819384960-1-1, Las Vegas, NV, November 5-7, 2013.

Werner NE, Cades DM, Boehm-Davis DA, Chang J, Kahn H, Thi, G. Understanding interruption resiliency: Individual differences in spatial ability and working memory capacity in resumption. Proceedings, Human Factors and Ergonomics Society 55th Annual Meeting, 2011.

Cades DM, Boehm-Davis DA, Trafton JG, Monk CA. Mitigating disruptive effects of interruptions through training: What needs to be practiced? Journal of Experimental Psychology: Applied 2011; 17(2):97-109.

Cades DM, Arndt SR, Kwasniak AM. Driver distraction is more than just taking eyes off the road. Institution of Transportation Engineers Journal 2011; 81(7).

Nelson E, Kidd D, Cades D. Examining patterns of simulator sickness during increased exposure to a motion-based driving simulator over time. Journal of the Washington Academy of Sciences 2010; 96(3):1-14.

Werner NE, Cades DM, Boehm-Davis DA, Peterson MS, Alothman SJ, Zhang X. Individual differences in resuming interrupted tasks. Journal of the Washington Academy of Sciences 2010; 96(3):35-49.

Barrow J, Cades D, Kidd D, Nelson E, Roberts D. Managing speed in inclement conditions using an in-vehicle interface. Proceedings, 2nd International Conference on Automotive User Interfaces and Interactive Vehicle Applications, 2010.

Cades DM, Kidd DG, King EB, McKnight PE, Boehm-Davis DA. Factors affecting interrupted task performance: Effects of adaptability, impulsivity, and intelligence. Proceedings, 54th Human Factors and Ergonomics Society Annual Meeting, 2010.

Cades DM, Werner NE, Boehm-Davis DA, Arshad Z. What makes real-world interruptions disruptive? Evidence from an Office Setting. Proceedings, 54th Human Factors and Ergonomics Society Annual

Meeting, 2010.

Werner NE, Cades DM, Boehm-Davis DA, Peterson MS, Alothman SJ, Zhang X. Where was I and what was I doing? Individual differences in resuming after an interruption and implications for real-world distractions. Proceedings, Washington Academy of Sciences 2010 Capital Science Conference, 2010.

Nelson E, Kidd DG, Cades DM. The effect of repeated exposures to simulated driving on ratings of simulator sickness. Proceedings, Washington Academy of Sciences 2010 Capital Science Conference, 2010.

Werner NE, Cades DM, Boehm-Davis DA, Peterson MS. Resuming after an interruption: Exploring the roles of spatial and goal memory. Proceedings, Human Factors and Ergonomics Society 53rd Annual Meeting, San Antonio, TX, October 19-23, 2010.

Barrow JH, Cades DM, Kidd DG, Nelson E, Roberts D. SLIC: Speed limit for inclement conditions. Proceedings, 2009 Eye and the Auto Conference hosted by the Detroit Institute of Ophthalmology, Detroit, MI, 2009. (Note that all authors contributed equally).

Cades DM, Jones SM, Werner NE, Boehm-Davis DA. Knowing when to switch tasks: Effectiveness of internal versus external cues. Journal of the Washington Academy of Sciences 2008; 94(3):93-109.

Kidd DG, Cades DM, Horvath DJ, Jones SM, Pitone MJ, Monk CA. Listen up! Do voice recognition systems help drivers focus on the road? User Experience Magazine: A publication of the Usability Professionals' Association 2008; 7(4):10-12.

Cades DM, Werner NE, Trafton JG, Boehm-Davis DA, Monk CA. Dealing with interruptions can be complex, but does interruption complexity matter: A mental resources approach to quantifying disruptions. Proceedings, Human Factors and Ergonomics Society 52nd Annual Meeting, New York, NY, September 22-26, 2008.

Cades DM, Kidd DG, McKnight PE. Where is the real-world variance? A generalizability theory approach to understanding interruptions in naturalistic environments. Abstract, Proceedings, III European Congress of Methodology, pp. 20-21, Oviedo, Spain, July 8-12, 2008.

Kidd DG, Cades DM, McKnight PE. Generalizability theory in laboratory interruptions research: Estimating variance to improve future research. Proceedings, III European Congress of Methodology, pp. 20, Oviedo, Spain, July 8-12, 2008.

Cades DM, Trafton JG, Boehm-Davis DA, Monk CA. Does the difficulty of an interruption affect our ability to resume? Proceedings, Human Factors and Ergonomics Society 51st Annual Meeting, pp. 234-238, Baltimore, MD, October 1-5, 2007.

Cades DM. Measuring individual differences over and above experimental manipulations. Proceedings, International Society for the Study of Individual Differences 13th Biennial Meeting, Giessen, Germany, July 22-27, 2007.

Cades DM, Trafton JG, Boehm-Davis DA. Mitigating disruptions: Can resuming an interrupted task be trained? Proceedings, Human Factors and Ergonomics Society 50th Annual Meeting, pp. 368-371, San Francisco, CA, October 16-20, 2006.

**Presentations**

Werner NE, Cades DM, Boehm-Davis DA, Peterson MS, Alothman SJ, Zhang X. Where was I and what was I doing? Individual differences in resuming after an interruption and implications for real-world distractions. Presented at research symposium at the University of the District of Columbia (UDC), 2010.

McKnight PE, Kidd DG, Cades DM, Kendra MS. Generalizability theory applications in program and policy evaluation: An introduction and application to quasi-experimental and experimental designs. Presented at Evaluation 2009, 23rd Annual Conference of the American Evaluation Association, 2009. (Symposium - all authors presented equally).

Najab J, Cades DM, Kidd DG. A gentle introduction to Bayesian Analysis. Presented at Evaluation 2009, 23rd Annual Conference of the American Evaluation Association, 2009. (Symposium - all authors presented equally).

Barrow JH, Cades DM, Kidd DG, Nelson E, Roberts D. SLIC: Speed limit for inclement conditions. Paper and Poster presented at Enhanced Safety of Vehicles conference, Stuttgart, Germany, 2009. (Note that all authors contributed equally).

Barrow JH, Cades DM, Kidd DG, Nelson E, Roberts D. SLIC: Speed limit for inclement conditions. Paper presented to National Highway Traffic Safety Administration for design competition of Enhanced Safety of Vehicles conference, Fairfax, VA, 2009. (Note that all authors contributed equally).

Cades DM, Boehm-Davis DA, Trafton JG. Interruptions in the office: An observational field study. Poster presented at the 2007 American Psychological Association Division 21, Division 19, and Human Factors and Ergonomics Society Potomac Chapter Annual Symposium on Applied Experimental Research, Fairfax, VA, 2007.

Krall J, Cades DM, McKnight PE. Predicting baseball winners using just noticeable differences. Poster presented at the 2007 annual conference of the Association for Psychological Science, Washington, D. C., 2007.

Higgins KE, White JM, Cades DM, Ciaccio V, Liu L. Effect of age on transient adaptation at low light levels. Poster presented at Optical Society of America Annual Meeting, Tucson, AZ, 2005.

Higgins KE, White JM, Asami R, Liu L, Rosenthal B, Ciaccio V, Cades DM, Gauthier H. Physiology of glare and readaptation (including age differences). Presented at National Highway Traffic Safety Administration Workshop on Headlamp Safety Metrics: Balancing Visibility and Glare, July 2004.

Higgins KE, White JM, Cades D, Ciaccio V, Liu L. Early dark adaptation: Effect of age. Presented at the annual meeting of The Association for Research in Vision and Ophthalmology (ARVO), May 2006.

**Other Articles**

Cades DM, Senatore C, Campbell JL, Harrington R, Wood D. Automated and Assistive Vehicle Technology: Opportunities and Challenges. Article in American Bar Association Tort Trial and Insurance Practice Section's The Brief Fall 2019; 49 (1), pp. 16-25.

Cloninger C, Cades DM, Nauhaus G, Harley E. Reconstructing witnessed events: Sources of error in eyewitness perception and memory. Feature Article in The Illinois Association of Defense Trial Counsel IDC Quarterly 2019; 29 (1).

Cades DM, Skow E, Brinkerhoff RS. Technology advances affecting walking and driving. Common defense: A member publication of Kentucky Defense Counsel, Inc.; Spring/Summer 2017.

Cades DM, Carey MR, Crump C, Cloninger C, Young D. Drivers and driverless vehicle revolution: understanding the changing role of the driver. Westlaw Journal Automotive 36 (24), May 31, 2017.

Cades DM, Crump C, Cloninger C, Young D. Drivers and driverless vehicle revolution: understanding the changing role of the driver. Article at the Defense Research Institute's Product Liability Meeting 2017. Las Vegas, Nevada.

Cades DM, Skow E, Brinkerhoff RS. Understanding the effects of mobile technology on walking and driving. Article in the Michigan Defense Trial Counsel E-Letter; Volume 7, No. 2. 2016.

Cades DM, Brinkerhoff RS, Skow E. Understanding the changing nature of walking and driving. Feature Article in the Iowa Defense Counsel Association Defense Update Summer 2016; Volume XVIII, No. 3.

Cades DM, Arndt, SR, Sala, JB, Krauss, DA. What you need to know about the distracted driver. Feature Article in The Illinois Association of Defense Trial Counsel Quarterly 2013; 23(4).

Khan FS, Cades DM, Krauss, DA. Cyclist and pedestrians vs. cars: Cars win! A human factors perspective. Feature Article in The Illinois Association of Defense Trial Counsel Quarterly 2012; 22(3): 30-33.

Khan FS, Krauss DK, Alper S, Droll JA, Arndt SR, Lakhiani SD, Cades DM. Do people heed warnings at gas stations? In: Newsletter of Michigan Defense Trial Counsel 2012 Spring; 2(4).

Barrow JH, Cades DM, Kidd DG, Nelson E, Roberts D. SLIC: The in-vehicle speed management device. Technical report submitted to judges at National Highway Traffic Safety Administration representing Enhanced Safety of Vehicles design competition. (Note that all authors contributed equally), 2009.

Mintz FE, Smith CF, Cades DM, Fedota J, Henrickson SE. What can I do for you? An evaluation of university and professional organizational roles in the development of student training. Technical report submitted to the executive council of the Human Factors and Ergonomics Society, 2005.

## Peer Reviewer

Reviewer for Journal of Experimental Psychology: Applied, 2010-present

Reviewer for Behavior Research Methods Journal, 2010-present

Reviewer for Human Factors Journal, 2009-present

Reviewer for International Journal of Human Computer Studies, 2008-present

## Appendix B

**List of Materials Reviewed**

## <u>List of Materials Reviewed</u>

- Florida Traffic Crash Report
- Complaint and Demand for Jury Trial
- Pretrial Scheduling Order and Order Referring Case to Mediation
- Defendant, Kimberly Sanders', Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint
- Defendant, XPO Logistics Express, LLC's, Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint
- Defendant, Dejah Xpress, LLC's, Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint
- Notice of Taking Video Deposition Duces Tecum Kimberly Sanders
- Depositions
  - Bove, Stephen and Exhibits
- Photographs and Video
  - Dejah Photos (21 .jpeg)
  - Dashcam Video (2018_111_152652_339A_SOS.mov)
- Answer to Questionnaire document
- Preliminary Expert Reports
  - Daniel J. Melcher, P.E.
  - Thomas H. Vadnais, P.E.

## Appendix C

**References**

# References

Andrey, J., Christie, M., Michaels, S., Unrau, D., & Mills, B. (2005). Toward a national assessment of the travel risks associated with inclement weather. *Institute of Catastrophic Loss Reduction Publication*.

Bernardin, F., Bremond, R., Ledoux, V., Pinto, M., Lemonnier, S., Cavallo, V., & Colomb, M. (2014). Measuring the effect of the rainfall on the windshield in terms of visual performance. *Accident Analysis & Prevention*, *63*, 83-88.

Billot, R., El Faouzi, N. E., & De Vuyst, F. (2009). Multilevel assessment of the impact of rain on drivers' behavior: standardized methodology and empirical analysis. *Transportation Research Record*, *2107*(1), 134-142.

Brodsky, H., & Hakkert, A. S. (1988). Risk of a road accident in rainy weather. *Accident Analysis & Prevention*, *20*(3), 161-176.

Dewar, R., & Olson, P. (2007). *Human factors in traffic safety* (No. B-871). SAE Technical Paper.

Fambro, D. B., Koppa, R. J., Picha, D. L., & Fitzpatrick, K. (1998). Driver perception–brake response in stopping sight distance situations. *Transportation Research Record*, *1628*(1), 1-7.

Green, M. (2000). "How long does it take to stop?" Methodological analysis of driver perception-brake times. *Transportation Human Factors*, *2*(3), 195-216.

Hautière, N., Dumont, E., Brémond, R., & Ledoux, V. (2009, September). Review of the mechanisms of visibility reduction by rain and wet road. In *8th International Symposium on Automotive Lighting. München: Herbert Utz Verlag*.

Horrey, W. J., Wickens, C. D., & Consalus, K. P. (2006). Modeling drivers' visual attention allocation while interacting with in-vehicle technologies. *Journal of Experimental Psychology: Applied*, *12*(2), 67.

Konstantopoulos, P., Chapman, P., & Crundall, D. (2010). Driver's visual attention as a function of driving experience and visibility. Using a driving simulator to explore drivers' eye movements in day, night and rain driving. *Accident Analysis & Prevention*, *42*(3), 827-834.

Krauss, D. A., Todd, J.J., & Heckman, G. M. (2012). The "critical window," looming and implications for accident avoidance. *Institute of Transportation Engineers Journal*, *82*(7), 36-41.

Krauss, D. (2015). *Forensic Aspects of Driver Perception and Response* (4th ed.). Tucson, AZ: Lawyers & Judges Publishing Company, Inc.

Mazzae, E. N., Baldwin, G. H. S., Barickman, F. S., & Forkenbrock, G. J. (2003). NHTSA Light Vehicle Antilock Brake Systems Research Program, Task 5.2/5.3: Examination of driver crash avoidance behavior using conventional and antilock brake systems. *DOT HS*, *809*, 561.

Morris, R. S., Mounce, J. M., Button, J. W., & Walton, N. E. (1977). *Field study of driver visual performance during rainfall*. National Highway Traffic Safety Administration.

Muttart, J. W., Messerschmidt, W. F., & Gillen, L. G. (2005). *Relationship between relative velocity detection and driver response times in vehicle following situations* (No. 2005-01-0427). SAE Technical Paper. Olson, P. L., & Sivak, M. (1986). Perception-response time to unexpected roadway hazards. *Human Factors*, *28*(1), 91-96.

Owens, D. A. (1979). The Mandelbaum effect: Evidence for an accommodative bias toward intermediate viewing distances. *Journal of Optical Society of America*, *69*(5), 646-652.

Rahman, A., & Lownes, N. E. (2012). Analysis of rainfall impacts on platooned vehicle spacing and speed. *Transportation Research Part F: Traffic Psychology and Behaviour*, *15*(4), 395-403.

Satterthwaite, S. P. (1976). An assessment of seasonal and weather effects on the frequency of road accidents in California. *Accident Analysis & Prevention*, *8*(2), 87-96.

Summala, H. (1981a). Drivers' steering reaction to a light stimulus on a dark road. *Ergonomics*, *24*(2), 125-131.

Summala, H. (1981b). Driver/vehicle steering response latencies. *Human Factors: The Journal of the Human Factors and Ergonomics Society*, *23*(6), 683-692.

Summala, H., Lamble, D., & Laakso, M. (1998). Driving experience and perception of the lead car's braking when looking at in-car targets. *Accident Analysis & Prevention*, *30*(4), 401-407.

Tefft, B. C. (2016). Motor vehicle crashes, injuries, and deaths in relation to weather conditions, United States, 2010–2014. *AAA Foundation for Traffic Safety*.

Triggs, T.J. & Harris, W.G. (1982). *Reaction time of drivers to road stimuli.* HFR-12, Monash University: Victoria, Australia.

Zwahlen, H.T. (1980). Driver Eye Scanning Behavior in Rain and During Unexpected Windshield Wiper Failure. *Zeitschrife für Verkehrssicherheit*, *26*(4), 148-155.

C-2